Form 158

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80310

IN THE MATTER OF:
Eddy Charles Landreth    xxx−xx−3545
Jane Desper Landreth     xxx−xx−7006
569 Millbrook Drive
Pittsboro, NC 27312

   Debtor(s)

## SHOW CAUSE ORDER AND NOTICE OF HEARING

A reaffirmation agreement between the debtor(s) and State Employees' Credit Union having been filed with the court on May 28, 2010, and it appearing that such reaffirmation agreement was not filed with the court within 60 days after the first date set for the § 341 meeting of creditors as required by Bankruptcy Rule 4008(a), it is hereby ORDERED that the debtor(s) and their attorney appear on **Thursday, June 10, 2010 at 09:30 AM** in the following location:

Courtroom – Venable Center
Dibrell Building – Suite 280
302 East Pettigrew Street
Durham NC 27701

and show cause why such reaffirmation agreement should not be stricken as a result of the failure to comply with Bankruptcy Rule 4008(a).

Date: 5/28/10

William L. Stocks
United States Bankruptcy Judge

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.